UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brittney D. Brooks,<br><br>                    Plaintiff<br><br>vs.<br><br>Louis DeJoy,<br><br>                    Defendants | Case No. 2:24-cv-01864- JAD-MDC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE**<br><br>ECF No. 11 |

**On 5/28/25, the magistrate judge entered this report and recommendation:**

The Court previously granted pro se plaintiff Brittney D. Brooks's application to proceed in forma pauperis and after screening, dismissed her proposed complaint without prejudice with leave to amend. *ECF No. 10*. The Court gave plaintiff until April 22, 2025, to file an amended complaint. *Id.* Plaintiff did not file, and has not filed, an amended complaint as directed by the Court.

Plaintiff Brooks has apparently abandoned this case. For the reasons discussed in the Court's earlier screening order (*ECF No. 10*), plaintiff's case should be dismissed. Since the undersigned is recommending dismissal, the Court directs the clerk to assign a district judge to this case. Plaintiff will not be prejudiced because she has an opportunity to object to this report and recommendation.

IT IS ORDERED that the Clerk of Court is directed to randomly assign a district judge to this case.

IT IS RECOMMENDED THAT this case be DISMISSED and Judgment entered.

Dated: May 28, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**ORDER**

The deadline for any party to object to this recommendation was 6/11/25, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 11] is ADOPTED in** its entirety. **This case is DISMISSED, and the Clerk of Court is directed to ENTER JUDGMENT accordingly.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 13, 2025